IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOSEPH WARD                                                                                     PLAINTIFF

V.                              CASE NO. 2:11CV00184 JMM-JTK

CAROLYN W. COLVIN,[1] Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 29th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

---

[1]Substituted pursuant to Fed. R. Civ. P. 25.